**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01780-CMA-KLM

RONALD H. MAST,

    Plaintiff,

v.

EMC MORTGAGE CORPORATION, and
DOES 1 through 10,

    Defendants.
_____

**ORDER REASSIGNING CASE**
_____

This matter is before the Court on Defendant's Motion for Special Assignment of Judicial Officers Based on *Pro Se* Complaints (Doc. # 8).  For the reasons set forth in the Motion and pursuant to D.C.COLO.LCivR 40.1.C.1, and the approval of Chief Judge Daniel, it is hereby

ORDERED that the Clerk of the Court shall reassign Case No. 09-cv-01810-REB-CBS to Judge Christine M. Arguello and Magistrate Judge Kristen L. Mix.  It is

FURTHER ORDERED that the Order of Reference in Case No. 09-cv-01780-CMA-KLM, entered on July 27, 2009, is AMENDED in that Magistrate Judge Mix is designated to conduct ALLMTN proceedings pursuant to 28 U.S.C. § 636(b)(1)(A) and

(B) and Fed.R.Civ.P. 72(a).

DATE: August 3, 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge