# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 09-cv-01780-CMA-KLM

RONALD H. MAST,

     Plaintiff,

v.

EMC MORTGAGE CORPORATION, and
DOES 1 through 10,

     Defendants.

---

## ORDER TO CONSOLIDATE CASES FOR PRETRIAL PURPOSES

---

This matter comes before the Court on Defendant EMC Mortgage Corporation's Unopposed Motion to Consolidate Civil Action No. 09-CV-01780-CMA-KLM and Civil Action No. 09-CV-01810-CMA-KLM for Pretrial Purposes (Doc. # 11).

The Court finds that these two actions involve common questions of law or fact, including common parties and common claims, before this Court.  Further, the Court finds that consolidation of these two cases for pretrial purposes will avoid unnecessary costs and delays.  It is, therefore,

ORDERED that Defendant EMC Mortgage's Unopposed Motion to Consolidate (Doc. # 11) is GRANTED.  *Ronald H. Mast v. BAC Home Loans LP/Countrywide Home Loans, et al.*, Civil Action No. 09-cv-01810 is hereby consolidated into this action for discovery purposes only.

     DATED:  September __2__, 2009

                    BY THE COURT:

                    *Christine M. Arguello*

                    _____
                    CHRISTINE M. ARGUELLO
                    United States District Judge